# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** CARL MOWRY
- **Case Number:** 16-21607-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#16 - Final Confirmation of Plan Dated 5-23-2016 (N)
R / M #: 16 / 0

**Appearances:** Dan Haller

- Debtor:
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _X_ Other:

Trustee moves to dismissal based on payment defaults.

Debtor changed jobs, WA stopped remitting. Debtor has failed to provide Counsel with new employer info or make payments.

No payments since 8/16. Arrears is $4410 through 11/16

RECEIVED 2016 NOV 17 P 1:42 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

11/9/2016   3:46:09PM