FILED
11/22/16 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CARL MOWRY,<br><br>      Debtor(s).<br><br>RONDA J. WINNECOUR, Trustee,<br><br>      Movant,<br><br>v.<br><br>CARL MOWRY,<br><br>      Respondent(s). | Case No. 16-21607-GLT<br>Chapter 13<br><br><br><br><br><br>Hearing Date: 12/14/2016 at 11:00 AM<br><br>Response Date: 12/7/2016<br><br>Related to Docket No. 40 |

### RE-ISSUED NOTICE AND ORDER SCHEDULING HEARING
### AND RESPONSE DEADLINE REGARDING MOTION OF THE
### CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

    YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

    YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the Motion **by no later than December 7, 2016**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

    YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **December 14, 2016 at 11:00 a.m. be**fore Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

    YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the Motion, it may conduct a hearing to consider confirmation of the Debtor(s)' Chapter 13 Plan Dated May 23, 2016 [Dkt. No. 16 ] at the same date and time as the hearing on the Motion without additional notice to the parties.

    The Chapter 13 Trustee shall *immediately* serve this Notice on those persons and entities required to receive notice of the Motion pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing same.

Dated: 11/22/2016

                                            GREGORY L. TADDONIO  drb
                                            UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-21607-GLT
Carl Mowry                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Nov 22, 2016
                              Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
```
db              +Carl Mowry,    3906 McLean Drive,    McKeesport, PA 15133-1004
cr              +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    c/o Alexander K. Lee,    4375 Jutland Drive,
                  Suite 200,    San Diego, CA 92117-3600
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14221686        +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14221687        +Bank of New York Mellon,    C/O Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,
                  Coppell, TX 75019-4620
14234844        +Borough of Lincoln,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                  McMurray, Pennsylvania 15317-3349
14246993        +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
14221688        +Cristina Connor,    KML Law Group P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14242474        +Lincoln Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441
14294629        +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive,
                  Pittsburgh, PA 15212-5866
14265132        +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14221689        +E-mail/Text: bankruptcynotice@fcbanking.com Nov 23 2016 02:35:05     First Commonwealth Bank,
                  600 Philadelphia Street,    Indiana, PA 15701-3904
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Allegheny County
cr               THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*             +Lincoln Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                  Pittsburgh, PA 15235-4441
14234843*       +Bank of New York Mellon,    C/O Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,
                  Coppell, TX 75019-4620
14234845*       +Cristina Connor,    KML Law Group P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia , PA 19106-1541
                                                                                           TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
```
              Catherine T. Martin    on behalf of Debtor Carl  Mowry martinc@nlsa.us, estevezk@nlsa.us
              Daniel L. Haller    on behalf of Debtor Carl  Mowry hallerd@nlsa.us
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Lincoln Borough jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, AS TRUSTEE FOR CENTEX HOME EQUITY LOAN
               TRUST 2002-C bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```