Case 16-21607-GLT    Doc 49    Filed 12/10/16    Entered 12/11/16 00:52:19    Desc Imaged
                        Certificate of Notice    Page 1 of 2

FILED
12/8/16 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | (N) |
| | : Case No. 16-21607-GLT | |
| CARL MOWRY, | : Chapter 13 | |
| | : | |
| Debtor. | : Related to Docket No. 41 | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2. Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4. The Clerk of Court shall give notice to all creditors of this dismissal

Dated: December 8, 2016

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21607-GLT
Carl Mowry                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut            Page 1 of 1            Date Rcvd: Dec 08, 2016
                        Form ID: pdf900    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
```
db             +Carl Mowry,    3906 McLean Drive,    McKeesport, PA 15133-1004
cr             +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    c/o Alexander K. Lee,    4375 Jutland Drive,
                 Suite 200,    San Diego, CA 92117-3600
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14221686       +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14221687       +Bank of New York Mellon,    C/O Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14234844       +Borough of Lincoln,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                 McMurray, Pennsylvania 15317-3349
14246993       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14221688       +Cristina Connor,    KML Law Group P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14242474       +Lincoln Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14294629       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14265132       +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14221689       +E-mail/Text: bankruptcynotice@fcbanking.com Dec 09 2016 01:59:07     First Commonwealth Bank,
                 600 Philadelphia Street,    Indiana, PA 15701-3904
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*            +Lincoln Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
14234843*      +Bank of New York Mellon,    C/O Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14234845*      +Cristina Connor,    KML Law Group P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia , PA 19106-1541
                                                                                               TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
```
              Catherine T. Martin    on behalf of Debtor Carl  Mowry martinc@nlsa.us
              Daniel L. Haller    on behalf of Debtor Carl  Mowry hallerd@nlsa.us
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Lincoln Borough jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, AS TRUSTEE FOR CENTEX HOME EQUITY LOAN
               TRUST 2002-C bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```