**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CARL MOWRY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-21607 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/28/2016 and confirmed on 08/25/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,035.38 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,035.38 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 75.31 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 75.31 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 2465 | 0.00 | 1,650.07 | 0.00 | 1,650.07 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 2465 | 23,850.66 | 0.00 | 0.00 | 0.00 |
|   LINCOLN BOROUGH (RE)<br>    Acct: G033 | 398.79 | 0.00 | 0.00 | 0.00 |
|   LINCOLN BOROUGH (RE)<br>    Acct: G033 | 934.25 | 0.00 | 0.00 | 0.00 |
|   COUNTY OF ALLEGHENY (R/E TAX)*<br>    Acct: 5G33 | 226.53 | 0.00 | 0.00 | 0.00 |
|   COUNTY OF ALLEGHENY (R/E TAX)*<br>    Acct: 5G33 | 285.97 | 0.00 | 0.00 | 0.00 |
| | | | | 1,650.07 |
| **Priority** | | | | |
|   CATHERINE T MARTIN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CARL MOWRY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-21607 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| NEIGHBORHOOD LEGAL SVCS ASSN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL L HALLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNIFER L CERCE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 9628 | 216.02 | 0.00 | 0.00 | 0.00 |

***N O N E ***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 1,960.07 |

TOTAL CLAIMED
PRIORITY           310.00
SECURED         25,696.20
UNSECURED          216.02

Date: 01/09/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com